# IN THE COURT OF CRIMINAL APPEALS OF TENNESSEE
## AT NASHVILLE

## JAMES DUBOSE v. STATE OF TENNESSEE, KEVIN MYERS, WARDEN

**Direct Appeal from the Circuit Court for Wayne County**
**No. 13370     Jim T. Hamilton, Judge**

_____

**No. M2004-01021-CCA-R3-HC - Filed November 9, 2004**

_____

### ORDER

The Appellant, James Dubose, has filed a petition to rehear in this case. The opinion of this Court, affirming the judgment of the trial court, was filed October 15, 2004. Upon review of the petition to rehear, we conclude that it should be denied.

It is therefore ordered that the petition to rehear is respectfully denied.

**PER CURIAM**
Thomas T. Woodall, Judge
David H. Welles, Judge
Jerry L. Smith, Judge